UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JAIVON JOSHUA MASSENA POOLE,
                Plaintiff,

-v-

COMMISSIONER OF SOCIAL SECURITY,
                Defendant.
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/23/19

19 **CIVIL** 3678 (JCM)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated December 23, 2019, that the decision of the Commissioner of Social Security is reversed and that this action is remanded for further administrative proceedings pursuant to the fourth sentence of § 205(g), of the Social Security Act, 42 U.S.C. § 405(g).

**Dated:** New York, New York
       December 23, 2019

                                        **RUBY J. KRAJICK**
                                        **Clerk of Court**
               **BY:**
                                        **Deputy Clerk**