UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

**JAIVON JOSHUA MASSENA POOLE**

              **Plaintiff,**

v.

**COMMISSIONER OF SOCIAL SECURITY,**

              **Defendant.**

---

> **SO ORDERED:**
> Defendant is directed to file a response to this motion by April 9, 2020. Plaintiff's reply, if any is due April 16, 2020.
>
> _Judith C. McCarthy_    3-26-2020
> JUDITH C. McCARTHY
> United States Magistrate Judge

7:19-cv-03678-JCM

Notice of Motion for Attorney's Fees Pursuant to the Equal Access to Justice Act, 28 U.S.C.A. § 2412 (West)

**COUNSEL:**

**PLEASE TAKE NOTICE** that upon the annexed affirmation of Howard D. Olinsky, attorney for the plaintiff, and other papers, the plaintiff will make a motion before the Court on a date to be set by the court, for an order:

1. Awarding an Equal Access to Justice Act Counsel Fee for $5,792.25; and

2. Awarding expenses in the amount of $16.80; and

3. If the Plaintiff has no debt registered with the Department of Treasury subject to offset that the fees be made payable to the attorney.

Plaintiffs' attorney, Howard D. Olinsky, moves the court for an award to be paid by the Defendant under the Equal Access to Justice Act, 28 U.S.C.A. § 2412.

There are no special circumstances in this case which make an award under the EAJA unjust.

This motion is supported by an affirmation of Plaintiffs attorney, attached time and cost records and a Waiver of Direct Payment by the plaintiff.

Executed this March 19, 2020

                                                Respectfully submitted,

                                                /s/ *Howard D. Olinsky*
                                                Howard D. Olinsky, Esq.
                                                Counsel for Plaintiff
                                                Olinsky Law Group
                                                250 South Clinton St., Suite 210
                                                Syracuse, NY 13202
                                                Telephone: 315-701-5780
                                                Facsimile: 315-701-5781
                                                Email: fedct@windisability.com

To:    Amanda Frances Parsels, Esq.
         Counsel for Defendant
         Assistant U.S. Attorney
         86 Chambers Street, 3rd Floor
         New York, New York 10007
         Telephone: 212-637-2780
         Facsimile: 212-264-2750
         Email: Amanda.Parsels@usdoj.gov